# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

FRANK A. BARONE,           :    No. 342 MAL 2015

         Petitioner        :

                                :    Petition for Allowance of Appeal from
                                :    the Order of the Superior Court
         v.                      :

GILMA POSADA BARONE A/K/A MARIA   :
G. BARONE, INDIVIDUALLY, AS        :
OFFICER AND SHAREHOLDER OF J.P.    :
BARONE PROPERTIES, INC., AS         :
OFFICER AND SHAREHOLDER OF       :
BARONE PROPERTIES, INC., AND AS    :
OFFICER AND SHAREHOLDER OF       :
BARONE PROPERTIES II, INC.,         :
                                :
         Respondents      :

## ORDER

**PER CURIAM**

      **AND NOW**, this 23rd day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.